

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,562-01

### EX PARTE JASON SHANE MOSES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 19274-A IN THE 115TH DISTRICT COURT
### FROM UPSHUR COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of evading arrest with a vehicle and sentenced to twenty-five years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that was denied his right to an appeal because timely notice of appeal was not filed. Applicant wrote a letter requesting an appeal within the time frame to file a timely notice of appeal, but that letter was not received by the trial court until well after the time had passed to file such notice. Counsel was not ineffective, nor did the trial court err, but due to a delay in the mail system, Applicant's letter was not timely received.

Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003). Applicant may

file an out-of-time appeal of conviction in cause number 19,274 from the 115th District Court of Upshur County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: June 19, 2024
Do not publish